IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RONALD SATISH EMRIT,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:23-00002-KD-B |
| **CONDOLEEZA RICE,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), and dated May 11, 2023 (doc. 5), is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff Ronald Satish Emrit's in forma pauperis application is DENIED as MOOT and this action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) as frivolous and for failure to state a claim on which relief can be granted.

Final judgment shall be entered by separate document in accordance with Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 8th day of June 2023.

/s/ KristiK.DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**